# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2022

## NO. 03-21-00109-CV

**Darrell Williams, in his Capacity as Trustee; as Independent Executor of the Estate of Thea Elaine Williams-Douglas; and Individually, Appellant**

**v.**

**Marcia Williams, as Agent for Amira Elaine Douglas, Appellee**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on November 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.